**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| ROBERT J. WALKER, | : | Case No. 11-2-3409-TJC |
| | : | Chapter 13 |
| Debtor(s). | : | |
| | : | |

**NOTICE OF DEPOSIT INTO COURT REGISTRY**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $2,456.69 to the Court registry representing the following unclaimed funds:

| AMOUNT | PAYEE<br>Account No.<br>Court Claim Number | LAST KNOWN ADDRESS |
|---|---|---|
| $2,456.69 | Robert J. Walker<br>1268 | 3603 Burleigh Drive<br>Bowie, MD  20721 |

Respectfully submitted,

August 15, 2016

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
14502 Greenview Drive, #506
Laurel, Maryland  20708